BOARD OF EDUCATION OF THE CITY OF BRIDGEPORT
*v.* BRIDGEPORT EDUCATION ASSOCIATION ET AL.

The defendant's petition for certification for appeal from the Appellate Court, 9 Conn. App. 199, is denied.

*Martin A. Gould,* in support of the petition.

*William H. Narwold,* in opposition.

Decided January 9, 1987

STATE OF CONNECTICUT *v.* EDWIN A. WOOLFOLK

The defendant's petition for certification for appeal from the Appellate Court, 8 Conn. App. 667, is denied.

*Robert J. Sweeney* and *Temmy Ann Pieszak,* assistant public defenders, in support of the petition.

Decided January 9, 1987

STATE OF CONNECTICUT *v.* RICHARD COUSINEAU, SR.

The defendant's petition for certification for appeal from the Appellate Court is denied.

*John S. Pinney,* in support of the petition.

*Harry Weller,* deputy assistant state's attorney, in opposition.

Decided January 9, 1987

STATE OF CONNECTICUT *v.* JOHN P. WALZER

The defendant's petition for certification for appeal from the Appellate Court, 9 Conn. App. 365, is denied.

*John P. Walzer,* pro se, in support of the petition.

*Donald A. Browne,* state's attorney, in opposition.

Decided January 9, 1987